In the Matter of the Probate of the Last Will and Testament of Martha Gates, Deceased. Archie C. Ryder and Others, Appellants; Blanche Winslow and Others, Respondents.— Decree of Surrogate's Court reversed and the questions of fact ordered to be tried by and before a jury in the Supreme Court at a term to be convened in the county of Jefferson on the first Monday of October, 1907.

Held, that in accordance with the rule adopted by this court in *Matter of Burtis* (107 App. Div. 51); *Matter of Drake* (45 id. 206) and *Matter of Dixon* (42 id. 481) we think the questions of fact should be passed upon by a jury. All concurred, except Williams and Robson, JJ., who dissented.

Charlie F. Stoddard, Appellant, v. Diamond Match Company, Respondent.— Judgment and order affirmed, with costs. All concurred.